PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Rosa Nevarez-Fallad

Crim. No. 8:18CR00246

On May 10, 2018 the above named was placed on probation/supervised release for a period of 36 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Amber M Prusa*

*U.S. Probation and Pretrial Services Officer Assistant*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 14th day of January, 20 20.

*Laurie Smith Camp*
Senior U.S. District Judge